■ In the Matter of SAMUEL L. SOMMER, Petitioner, v KENNETH ROHL et al., Respondents. [648 NYS2d 328] —Proceeding pursuant to CPLR article 78, *inter alia,* in the nature of mandamus, to compel Kenneth Rohl, Justice of the Supreme Court, Suffolk County, to determine a proceeding captioned *"Sommer v Suffolk County Medical Examiner"* and for the imposition of sanctions.

Upon the petition and papers filed in support of the proceeding, and the papers filed in opposition thereto, it is

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Bracken, J. P., Rosenblatt, Altman and Luciano, JJ., concur.